UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CARLOS ATKINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| v. ) | **CIVIL CASE** |
| ) | **CASE NO. 5:23-CV-640-D-RJ** |
| NATIONAL CREDIT SYSTEMS INC., and ) | |
| PENN ROSE MANAGEMENT CO., ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant Penn's motion to dismiss [D.E. 27], DISMISSES WITHOUT PREJUDICE plaintiff's claims against defendant Penn, DISMISSES defendant Penn, GRANTS IN PART defendant National's motion to dismiss [D.E. 30], DISMISSES WITH PREJUDICE plaintiff's Fair Credit Reporting Act, Fair Debt Collection Practices Act, willful noncompliance, and negligent noncompliance claims against defendant National, declines to exercise supplemental jurisdiction over plaintiff's state law defamation and UDTPA claims against defendant National, and DISMISSES WITHOUT PREJUDICE those claims.

**This Judgment Filed and Entered on June 5, 2024, and Copies To:**

| | |
|---|---|
| Carlos Atkinson | (via CM/ECF electronic notification) |
| Michael S. Litrenta | (via CM/ECF electronic notification) |
| Anders Sleight | (via CM/ECF electronic notification) |
| Kurt Seeber | (via CM/ECF electronic notification) |

DATE:                                                                                 PETER A. MOORE, JR., CLERK

June 5, 2024                                                                (By) /s/ Nicole Sellers
                                                                                              Deputy Clerk